HEATHER E. WILLIAMS, Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar # 322095
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
KEYNIN MCGEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:26-cr-00041-JLT-SAB |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER DENYING STIPULATION** |
| vs. | |
| KEYNIN MCGEE | Date:    September 29, 2026 |
| Defendant. | Time:   1:00 p.m. |
| | Judge:  Hon. Stanley A. Boone |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant Federal Defender Griffin Estes, counsel for KEYNIN MCGEE, that the Court may continue the status conference in this case. The parties stipulate to continue the status conference from June 3, 2026, to September 29, 2026.

The parties stipulate as follows:

1. By previous order, this matter was set for status on June 3, 2026.

2. By this stipulation, defendant now moves to continue the status conference to August 5, 2026, and to exclude time between June 3, 2026, and September 29, 2026, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

//

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes reports, photographs, and audio files. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Counsel for the government anticipates disclosing additional discovery associated with this case.  Government counsel has also informed defense counsel that an investigation remains ongoing, and it is possible that one or more additional charges might be pursued.

b) Counsel for defendant desires additional time to review discovery, conduct any investigation, and discuss this matter, including potential resolutions, with the defendant and to prepare for a trial if there is no agreed resolution. Furthermore, counsel for defendant is on family medical leave from April 20, 2026 to June 15, 2026.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance, and the proposed date is the earliest available court date on which the parties' calendars have mutual availability.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 3, 2026 to September 29, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

g) The parties also agree that this continuance is necessary for several reasons, including but not limited to, the need to permit time for the parties to exchange supplemental discovery, engage in plea negotiations, and for the defense to continue its investigation and preparation,

McGee – Stipulation to Continue

-2-

pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

ERIC GRANT
United States Attorney

Dated:  April 22, 2026                    /s/ David Gappa
                                          DAVID GAPPA
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

Dated:  April 22, 2026                    HEATHER E. WILLIAMS
                                          Federal Defender

                                          /s/  Griffin Estes
                                          GRIFFIN ESTES
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          KEYNIN MCGEE

**O R D E R**

IT IS ORDERED that the stipulation is denied.  The parties shall be prepared to discuss any outstanding discovery so that an order can be entered regarding deadlines. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **April 22, 2026**

STANLEY A. BOONE
United States Magistrate Judge

McGee – Stipulation to Continue

-4-