HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
PEGGY SASSO, Bar #228906
First Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2228
Telephone: 559.487.5561

Attorney for Defendant
KEYNIN MCGEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:26-cr-00041-JLT-SAB-1 |
| *Plaintiff,* | |
| v. | MOTION TO SUBSTITUTE CJA ATTORNEY MICHAEL MCKNEELY AS COUNSEL OF RECORD; ORDER |
| KEYNIN MCGEE, | |
| *Defendant.* | |

The Office of the Federal Defender hereby moves for an order substituting CJA counsel Michael McKneeley for the Office of the Federal Defender as counsel of record for Keynin McGee in the above captioned case.

1. The Federal Defender's Office was appointed to represent Keynin McGee on March 23, 2026, at his initial appearance.

2. After assessing the Office's resources and capacity to effectively represent Mr. McGee, on March 27, the undersigned elected to keep the case with the Office and assigned it to Assistant Federal Defender Griffin Estes.

3. Mr. Estes went on Family Medical Leave on April 20, 2026, and does not return to work until June 15, 2026. Before he left on leave Mr. Estes tasked a paralegal with redacting almost 5,000 pages of discovery so it can be reviewed with the client and with organizing and analyzing that discovery in preparation of attorney review and analysis.

4. On April 22, 2026, this Court denied Mr. Estes' request for a continuance and ordered the parties to be prepared to discuss outstanding discovery on June 3, 2026.

5. To comply with the Court's order, Mr. Estes must be removed from the case due to his Family Medical Leave status.

6. As the Office of the Federal Defender is down several attorneys, and is about to lose another one in a few weeks, it does not have another qualified attorney it can substitute for Mr. Estes.

7. Because the Office of the Federal Defenders lacks the resources to comply with the Court's order, recognizing that Mr. Estes has been counsel of record for less than a month and Mr. McGee is still in need of counsel to represent him, the Office contacted CJA panel attorney Michael McKneely to take the case going forward.  Mr. McKneely is standing by to accept appointment in this matter.

8. Accordingly, the undersigned requests that CJA attorney Michael McKneely be substituted for the Office of the Federal Defender in this matter.

Respectfully submitted,

DATED: April 23, 2026          /s/ Peggy Sasso
                               PEGGY SASSO
                               First Assistant Federal Defender

McGee: Motion to Substitute Counsel

# **O R D E R**

IT IS SO ORDERED that CJA attorney Michael McKneely be substituted for the Office of the Federal Defender as counsel of record in this matter.

IT IS SO ORDERED.

Dated:    **April 23, 2026**

STANLEY A. BOONE
United States Magistrate Judge

McGee: Motion to Substitute Counsel